# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     CURTIS L. POPER
            PAMELA S. POPER                           CHAPTER 13

         Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant                                    CASE NO:    1-16-02807-RNO

CURTIS L. POPER
PAMELA S. POPER

         Respondent(s)

## CERTIFICATION OF DEFAULT

      AND NOW on November 1, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

   - make the regular monthly payments to the trustee during the remaining term of the plan.

      As of November 1, 2017, the Debtor(s) is/are $7622.75 in arrears with a plan payment having last been made on Oct 30, 2017.

      In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

                                                               Respectfully Submitted,
                                                               /s/   Liz Joyce
                                                               for Charles J. DeHart, III, Trustee
                                                               8125 Adams Drive, Suite A
                                                               Hummelstown, PA   17036
                                                               Phone:   (717) 566-6097

Dated: November 1, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CURTIS L. POPER
PAMELA S. POPER

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

CURTIS L. POPER
PAMELA S. POPER

CASE NO: 1-16-02807-RNO

Respondent(s)

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on November 1, 2017.

PAUL W McELRATH, JR, ESQUIRE
McELRATH LEGAL HOLDINGS, LLC
1641 SAW MILL RUN BLVD
PITTSBURGH, PA  15210-

CURTIS L. POPER
PAMELA S. POPER
2127 SHINHAM ROAD
GREENCASTLE, PA  17225

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  November 1, 2017