```
                            United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                        Case No. 16-02807-RNO
Curtis L. Poper                                               Chapter 13
Pamela S. Poper
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh              Page 1 of 1              Date Rcvd: Nov 01, 2017
                              Form ID: pdf010            Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2017.
```
db/jdb       +Curtis L. Poper,    Pamela S. Poper,   2127 Shinham Road,   Greencastle, PA 17225-9005
cr           +SPECIALIZED LOAN SERVICING, LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
4817959      +Arcadia Recovery Burea,    645 Penn St,   Reading, PA 19601-3543
4808498      +Hladik, Onorato & Pearlstine,    298 Wissahickon Avenue,   North Wales, PA 19454-4114
4817963      +Specialized Loan Service,    8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386
4808499      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Ste. 300,   Littleton, CO 80129-2386
4843959      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4818180       E-mail/Text: ally@ebn.phinsolutions.com Nov 01 2017 19:20:24     Ally Financial,
               PO Box 130424,    Roseville MN 55113-0004
4817958      +E-mail/Text: ally@ebn.phinsolutions.com Nov 01 2017 19:20:24     Ally Financial,
               200 Renaissance Ctr,    Detroit, MI 48243-1300
4820854       E-mail/Text: mrdiscen@discover.com Nov 01 2017 19:20:25     Discover Bank,
               Discover Products Inc,    PO Box 3025,   New Albany, OH   43054-3025
4817960      +E-mail/Text: mrdiscen@discover.com Nov 01 2017 19:20:25     Discover Fin Svcs Llc,   Pob 15316,
               Wilmington, DE 19850-5316
4817962      +E-mail/Text: Bankruptcies@nragroup.com Nov 01 2017 19:22:00     National Recovery Agen,
               2491 Paxton Street,    Harrisburg, PA 17111-1036
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4817961*     +Hladik, Onorato & Pearlstine,    298 Wissahickon Avenue,    North Wales, PA 19454-4114
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              Paul W McElrath, Jr.    on behalf of Debtor 2 Pamela S. Poper ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W McElrath, Jr.    on behalf of Debtor 1 Curtis L. Poper ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Curtis L. Poper** <br> **Pamela S. Poper** | Chapter: 13 |
| Debtor(s) | Case No.: 1:16-bk-02807-RNO |
| **Charles J DeHart, III (Trustee)** | Document No.: 47 |
| vs. Movant(s) | |
| **Curtis L. Poper** <br> **Pamela S. Poper** | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default on Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

November 1, 2017

Order Dismissing Case with Parties 9/17

Order Dismissing Case with Parties 9/17